DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WADELENE NICOLA,**
Appellant,

v.

**MRH PROPERTIES, LLC,**
Appellee.

No. 4D22-3112

[August 10, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case No. 502022CC011055.

Wadelene Nicola, Boca Raton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***